08 CIV 6275

BLANK ROME LLP
Attorneys for Plaintiff
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000



JUL 1 1 2008

U.S.D.C. S.D. N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BALTSHIP A/S,

    Plaintiff,

v.

SPLIETHOFF TRANSPORT B.V., CV
SCHEEPVAARTONDERNEMING
EMMAGRACHT and BV
BEHEERMAATSCHAPPIJ
EMMAGRACHT,

    Defendants.

---

08 Civ. 6275 (VM)

**F.R. CIV. P. RULE 7.1 STATEMENT**

Pursuant to F. R. Civ. P. Rule 7.1 and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Plaintiff certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of that party, securities or other interests in which are publicly held.

Dated: New York, NY
   July 10, 2008

           Respectfully submitted,
           BLANK ROME LLP
           Attorneys for Plaintiff

           By /s/ Jeremy Harwood
           Jeremy J.O. Harwood (JH 9012)
           405 Lexington Avenue
           New York, NY 10174
           Tel.: (212) 885-5000

294478.1
900200.00001/6652616v.1